**Order entered July 5, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00165-CV

**JOSE JAIMES, Appellant**

**V.**

**MARCO LOZANO D/B/A AMERICAN WASTE DISPOSAL, Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-07575**

## ORDER

Before the Court is appellee's June 21, 2016 motion to dismiss the appeal. In the motion, appellee asks the Court to dismiss the appeal for want of prosecution because of appellant's failure to file his brief. On June 21, 2016, appellant filed his brief and a motion to extend time to file his brief. The motion to extend time was granted by postcard dated June 22, 2016. Consequently, we **DENY** appellee's motion to dismiss. Appellee's brief is due to filed by July 22, 2016.

/s/    CRAIG STODDART
        JUSTICE